THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:13-cv-02002-HRL |
| Plaintiff, | STIPULATED JUDGMENT |
| vs. | |
| LEE DUONG, ET AL., | |
| Defendants. | |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Twelve Thousand Five Hundred Dollars ($12,500.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J SPORTS PRODUCTIONS, INC., and against Defendant SATOM, LLC, an unknown business entity d/b/a NHA EM, *only*.

///
///
///
///

STIPULATED JUDGMENT
CASE NO. 5:13 -cv-02002-EJD
Page 1

1       Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendant SATOM, LLC, waive any

2   and all rights to seek a stay of enforcement of said judgment and further request that this Honorable

3   Court enter the requested and Stipulated Judgment without delay.

Respectively submitted,

Dated: July 17, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:  August 5, 2013

INHOUSE COUNSEL
By: Ali Kamarei, Esquire
Attorneys for Defendant SATOM, LLC, an unknown business
entity d/b/a NHA EM

IT IS SO ORDERED:

*Lucy H. Koh*

The Honorable Lucy J. Koh
United States District Court
Northern District of California

Dated:   August 19, 2013

STIPULATED JUDGMENT
CASE NO. 5:13 -cv-02002-EJD
Page 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 17, 2013, I served:

**STIPULATED JUDGMENT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Sara Lee, Esquire                                    (Attorneys for Defendant Satom, LLC)
INHOUSE COUNSEL
50 W. San Fernando Street, Suite 900
San Jose, CA 95113

Lee Duong                                            (Defendant)
4126 Monterey Rd.
San Jose, CA 95111

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 17, 2013, at South Pasadena, California.

Dated: July 17, 2013

**VANESSA VENTURA**

STIPULATED JUDGMENT
CASE NO. 5:13 -cv-02002-EJD
Page 3